UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. K. WADE,<br><br>       Plaintiff,<br><br>    v.<br><br>HENRY J. KERNER,<br><br>       Defendant. | No. 2:20–cv–1791–KJM–KJN PS<br><br>ORDER<br><br>(ECF Nos. 16, 17) |

On October 21, 2020, the court issued findings and recommendations recommending that plaintiff's motion for preliminary injunction be denied, along with an order to show cause why this action should not be transferred to the District of Columbia where venue appears more proper. (ECF No. 16.) On October 22, 2020, plaintiff filed a motion to amend his complaint, noticed for a hearing on December 3, 2020, and separately filed a Second Amended Complaint. (ECF Nos. 17, 18.) A few days later, on October 26, 2020, plaintiff filed an identical Third Amended Complaint. (ECF No. 19.) In the motion to amend, plaintiff states that he "concurs with this Court that this complaint should be transferred to the District of Columbia." (ECF No. 17 at 2.)

The undersigned now issues this order to clarify the status of the case in an attempt to prevent further unnecessary expenditures of time and resources by plaintiff. The district court judge assigned to this case is still reviewing the findings and recommendations regarding

1

plaintiff's motion for preliminary injunction. Once that ruling has been received, the undersigned intends to transfer this case to the District of Columbia, which plaintiff agrees is the proper venue for this action. In the interim, it would be inappropriate for the undersigned to rule on substantive motions, such as plaintiff's recent motion to amend, because these matters are more properly left for a court of the transferee venue to decide, once transfer has taken place. Accordingly, the undersigned denies plaintiff's motion to amend, without prejudice to plaintiff re-filing that motion before the transferee court. Until a final ruling has been made on the motion for preliminary injunction, and the transfer ordered, plaintiff should refrain from filing further motions to amend as they will be summarily denied. Of course, plaintiff remains free to voluntarily dismiss this action, should he wish to simply re-file his suit in the District of Columbia rather than await resolution of the preliminary injunction motion.

      Accordingly, IT IS HEREBY ORDERED that:

1. The court's October 21, 2020 order to show cause (ECF No. 16) is satisfied;
2. The hearing on plaintiff's motion to amend, noticed for December 3, 2020, is VACATED;
3. Plaintiff's motion to amend (ECF No. 17) is DENIED without prejudice to re-filing upon transfer to the District of Columbia; and
4. Plaintiff shall refrain from filing further amended complaints and motions to amend until a final order issues regarding plaintiff's motion for preliminary injunction.

Dated: November 8, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wade.1791